**No. 10-9448. Lance Hullum, Petitioner v. Massachusetts.**

563 U.S. 994, 131 S. Ct. 2455, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3729.

May 16, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 78 Mass. App. 1107, 936 N.E.2d 452.

**No. 10-9462. Frederick Lee Jackson, Petitioner v. Debra Herndon, Warden.**

563 U.S. 994, 131 S. Ct. 2455, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3648, ■

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9469. Charles J. Cooper, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

563 U.S. 995, 131 S. Ct. 2456, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3734.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-9475. James Vincent Adams, Petitioner v. Washington.**

563 U.S. 995, 131 S. Ct. 2456, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3650.

May 16, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 3, denied.

**No. 10-9476. Robert Allen Bacon, Petitioner v. California.**

563 U.S. 995, 131 S. Ct. 2457, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3777.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 50 Cal. 4th 1082, 116 Cal. Rptr. 3d 723, 240 P.3d 204.

**No. 10-9481. Terrence Wayne Lytle, Petitioner v. North Carolina.**

563 U.S. 995, 131 S. Ct. 2457, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3686, ■

May 16, 2011. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 204 N.C. App. 597, 696 S.E.2d 925.

**No. 10-9486. Donnell Ponton, Petitioner v. American Federation of State, County and Municipal Employees, AFL-CIO, et al.**

563 U.S. 995, 131 S. Ct. 2457, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3749, ■

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 395 Fed. Appx. 867.